IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3079 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LAWRENCE VERNAIL ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Allen's sentencing hearing is continued to Wednesday, August 24, 2005, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln,  Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

August 2, 2005.                                  BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge