IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3079 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAWRENCE VERNAIL ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Allen's sentencing hearing is continued to Wednesday, October 5, 2005, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    August 24, 2005.                    BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge