IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:03CR3079-1 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| LAWRENCE VERNAIL ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

A motion for order to continue sentencing has been submitted by Mr. Aman on behalf of the defendant. While I will grant the motion, two things need to be made clear.

First, Mr. Aman continues to refuse to file pleadings electronically. I will order Mr. Aman to show cause why sanctions should not be imposed on him, including but not limited to removal of Mr. Aman from the Criminal Justice Act Panel for failure to file pleadings electronically.

Second, no further continuances in this case will be granted.

IT IS ORDERED that:

(1)   The motion for order to continue sentencing (filing 17) is granted. The sentencing is continued until Wednesday, December 7, 2005, at 1:00 p.m., in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, Lincoln, Nebraska.

(2)   At the sentencing, John Aman shall show cause why he should not be sanctioned for failure to file pleadings electronically.

(3)  A copy of this memorandum and order shall be provided to Chief Judge Bataillon, Magistrate Judge Piester, and David Stickman, Panel Administrator of the Criminal Justice Act Panel.

October 4, 2005.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge