IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3079-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LAWRENCE VERNAIL ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal,

IT IS ORDERED that Defendant Allen's sentencing and show cause hearing are rescheduled to Monday, December 12, 2005, at 4:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

December 6, 2005.              BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge